```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

NANCY LEE NAVARRETE,           )   NO. CV-10-317-JPH
                               )
                               )   ORDER ADOPTING REPORT
            Plaintiff,         )   AND RECOMMENDATION
    vs.                        )
                               )
MICHAEL J. ASTRUE,             )
Commissioner of Social         )
Security,                      )
                               )
                               )
            Defendant.         )
_____)
```

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on October 31, 2011 **(ECF No. 16)**, recommending Defendant's Motion for Summary Judgment (ECF No. 14) be **granted**. The deadline for filing objections has passed. No objections have been filed.

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS ORDERED**

The Report and Recommendation **(ECF No. 16)** to grant Defendant's Motion for Summary Judgment (ECF No. 14) is **ADOPTED in its entirety.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment for Defendant, forward copies to the parties, and close the file.

DATED this 15th day of November, 2011.

                              *s/Lonny R. Suko*
                              _____
                              LONNY K. SUKO
                              UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1