# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY LEE NAVARRETE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-10-317-JPH<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**. Judgment is entered for Defendant.

DATED this 15th day of November, 2011.

                                      JAMES R. LARSEN
                                    District Court Executive/Clerk


                                    by: __s/ Karen White_____
                                               Deputy Clerk

cc: all counsel